■ PEREE YALKOWSKY, an Infant, by Her Mother and Natural Guardian, DEANNE YALKOWSKY, et al., Respondents, v ROY McPHERSON, Defendant, and THOMAS C. KAVANAUGH et al., Appellants. — Order, Supreme Court, New York County (Fraiman, J.), entered on June 17, 1982, unanimously affirmed, without costs and without disbursements, for the reasons stated by Fraiman, J., at Special Term. (See, also, *Matter of Rappaport,* 58 NY2d 725.) Concur — Murphy, P. J., Kupferman, Sandler, Carro and Kassal, JJ.

■ PAUL CAGGIANO, Respondent, v JEAN CAGGIANO, Appellant. — Order, Supreme Court, Bronx County (D. Levy, J.), entered on October 9, 1981, unanimously affirmed for the reasons stated by D. Levy, J., at Trial Term, without costs and without disbursements. Concur — Murphy, P. J., Sandler, Ross, Carro and Alexander, JJ.

■ KATHLEEN BURNS, Respondent, v UNITED METHODIST CITY SOCIETY, Appellant, et al., Defendants. — Appeal from order, Supreme Court, New York County (Grossman, J.), entered on March 22, 1982, unanimously dismissed, without costs and without disbursements, and without prejudice to defendant bringing a motion to vacate said order. (See *Everitt v Health Maintenance Center,* 86 AD2d 224.) No opinion. Concur — Sullivan, J. P., Asch, Bloom, Milonas and Kassal, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HELEN McDONALD, Appellant. — Judgment, Supreme Court, New York County (Altman, J.), rendered on March 3, 1981, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur — Sullivan, J. P., Asch, Bloom, Milonas and Kassal, JJ.

■ DIANN PRIZEMAN, Respondent, v JOHN P. SPECKMAN, Respondent, and AMERICAN RUBBISH REMOVAL CORP. et al., Appellants. — Judgment, Supreme Court, New York County (A. Tyler, J.), entered on July 6, 1981, unanimously modified, on the law and the facts, and a new trial ordered on the issue of damages only, without costs and without disbursements, unless plaintiff, within 20 days after service upon her of a copy of the order herein, with notice of entry, serves and files in the office of the clerk of the trial court a written stipulation consenting to reduce the verdict in her favor to $250,000, and to the entry of an amended judgment in accordance therewith, and said judgment is otherwise affirmed. If plaintiff so stipulates, the judgment, as so amended and reduced, is affirmed, without costs and without disbursements. After review of the record, the damages appear to us to be excessive to the extent indicated. Concur — Kupferman, J. P., Carro, Silverman, Bloom and Milonas, JJ.